IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02 CR 511-4 |
| ) | |
| ROBERT BELL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

In connection with today's resentencing of defendant Robert Bell ("Bell") pursuant to the August 14, 2006 remand order issued by our Court of Appeals in its Case No. 03-2132, this Court has considered all of the factors set out in 18 U.S.C. §3553(a) ("Section 3553(a)"). For the reasons that this Court has stated orally during the resentencing proceeding, it has held that a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in Section 3553(a)(2) comprises:

1. concurrent sentences of 60 months on each of Counts One and Two and

2. a mandatory consecutive sentence of 84 months on Count Three,

for a total custodial term of 144 months. Accordingly, pursuant to the Sentencing Reform Act of 1984 it is the judgment of this Court that Bell is hereby committed to the custody of the Bureau of Prisons to be imprisoned for an aggregate term of 144 months, with all other terms and conditions that were imposed in the

original sentencing of Bell to remain the same. Bell is of course to be credited with all time previously served.

Bell is further advised that (1) he has the right to appeal the sentence that has now been imposed, (2) if he cannot afford a lawyer one will be appointed to represent him and (3) if it is necessary to file a notice of appeal for that purpose, such a notice will be prepared on his behalf.

                                                           _____
                                                           Milton I. Shadur
                                                           Senior United States District Judge

Date: November 7, 2006