## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 02 CR 511-4 |
| **ROBERT BELL**, | ) ) ) | |
| Defendant. | ) | |

### MEMORANDUM ORDER

This Court has just received from Robert Bell ("Bell") a written request for an early termination of his term of supervised release. Bell has supplied an impressive record of his accomplishments during the 14 months that he has been on supervised release to this point, but this Court is of course obligated to obtain input from the United States Attorney's Office before it rules on Bell's request.

Because the Assistant United States Attorney most recently involved in Bell's case (that was then Assistant United States Attorney Christina Egan, who handled Bell's Paladino-required resentencing) has since left the office, copies of this memorandum order are being transmitted to that office for reassignment as well as to Bell's defense counsel James McGurk, Esquire for as prompt a response as possible. This Court will act swiftly after receiving such input.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 16, 2014